[No. 2899.]

THE CITY COUNCIL OF THE CITY OF CRIPPLE CREEK ET
     AL. V. THE PEOPLE EX REL. HANLEY ET AL.

*Error to the District Court of Teller County.*

Mr. CHARLES C. BUTLER, Mr. JAMES OWEN, Mr. GEO. H. KOHN and Messrs. TEMPLE & CRUMP, for plaintiffs in error.

Mr. FRANK J. HANGS and Mr. G. Q. RICHMOND, for defendants in error.

Mr. E. C. STIMSON, of counsel.

GUNTER, J.

This case presents the same question as ruled in The City Council of the City of Cripple Creek et al., appellants, v. The People ex rel. Ferguson, appellee, No. 2983, decided at the present term of this court, *ante,* p. 399, and for the same reason as justified the reversal of that case this must be reversed.

―――――――           *Reversed.*